# United States District Court

DISTRICT OF COLORADO

**UNITED STATES OF AMERICA**
**v.**

RUBEN BRAVO

**WARRANT FOR ARREST**

CASE NUMBER: 08-cr-00340-REB-4

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  RUBEN BRAVO
Name

and bring him forthwith to the nearest magistrate to answer an

**X** Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

knowingly and intentionally conspiring to distribute and to possess with the intent to distribute one or more of the following controlled substances: 50 grams and more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; 500 grams and more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; and a mixture and substance containing a detectable amount of methylenedioxymethamphetamine ("MDMA" or "ecstacy"), a Schedule I Controlled Substance,

in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(ii)(II) and (viii), (b)(1)(C) and 846.

**Gregory C. Langham, Clerk, U.S. District Court**
Name of Issuing Officer                                Title of Issuing Officer

 s/T.Lee                                                     8/6/08 Denver, CO
Signature of Issuing Officer                            Date and Location

BAIL FIXED AT $_____ by _____
                                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |