**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB-04

UNITED STATES OF AMERICA,

Plaintiff,

v.

4.  RUBEN BRAVO,

Defendant.

---

**ORDER GRANTING DEFENDANT RUBEN BRAVO'S MOTION
FOR RECONSIDERATION OF SCHEDULING ORDER**

---

**Blackburn, J.**

The matter before me is **Defendant Ruben Bravo's Motion For Reconsideration of Scheduling Order, Request to be Heard, and Objections** [#183] filed January 8, 2009.  I grant the motion.

On December 4, 2008, I entered a **Scheduling Order** [#161], which provided, *inter alia*, "That as soon as practicable, counsel for the parties **SHALL MEET AND CONFER**, and by no later than January 9, 2009, **SHALL FILE** a proposed joint or partially joint and/or individual scheduling orders, which shall address, *inter alia*, 1) the deadlines for filing non-CJA, pretrial motions and responses; and 2) the date and time of a telephonic scheduling conference at which timely filed pretrial motions that the court determines should be set for hearing may be set for hearing. *See* Order [#161] at 1-2, ¶ 1. On January 6, 2009, the government filed its **Notice of Filing Government's Proposed Scheduling Order** [#180]. On January 7, 2009, I entered a **Scheduling Order** [#182], which was based on the government's proposed order. On January 8,

2009, defendant filed his motion to reconsider.

I find and conclude (1) that my **Scheduling Order** [#182] entered on January 7, 2009, was entered prematurely prior to the January 9, 2009, deadline imposed in my **Scheduling Order** [#161] entered December 4, 2008; (2) that the **Scheduling Order** [#182] is opposed; (3) that the **Scheduling Order** [#182] should be vacated, pending further hearing; and (4) that defendant's motion to reconsider should be granted consistent with the foregoing findings and conclusions.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant Ruben Bravo's Motion For Reconsideration of Scheduling Order, Request to be Heard, and Objections** [#183] filed January 8, 2009, is **GRANTED** consistent with the foregoing findings and conclusions;

2. That the **Scheduling Order** [#182] entered on January 7, 2009, is **VACATED**, pending further hearing and order of court; and

3. That the entry of an appropriate scheduling order **SHALL BE CONSIDERED** during the second status conference on Friday, February 6, 2009, commencing at 2:30 p.m.

Dated January 9, 2009, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**