**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. RUBEN BRAVO,

    Defendant.

---

**MINUTE ORDER[1]**

---

    On October 20, 2009, the court conducted a telephonic setting conference with the parties to set oral argument on defendant's **Motion To Dismiss Indictment For Duplicity** [#292] filed March 17, 2009. After conferring with the parties and with their consent,

    **IT IS ORDERED** as follows:

    1. That on **October 26, 2009**, commencing at 9:00 a.m., the court shall conduct oral argument on **Motion To Dismiss Indictment For Duplicity** [#292] filed March 17, 2009. The court has reserved one (1) hour for this hearing; and

    2. That the U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: October 20, 2009

---

    [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.