**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. RUBEN BRAVO,
    a/k/a Big R,

    Defendant.

## MINUTE ORDER[1]

The matter is before the court on defendant Bravo's **Motion For Evidentiary Hearing and Issuance of Subpoenas To Produce Books, Papers, Documents, Data, and Other Objects** [#411] filed April 24, 2009. The motion is **DENIED** as moot.

**IT IS FURTHER ORDERED** as follows:

1. That on **December 10, 2010**, commencing at 9:00 a.m., the court shall conduct a sentencing hearing in this matter. The court reserving the remainder of the day for this hearing; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: August 13, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.