IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  RUBEN BRAVO,
      a/k/a "Big R",

    Defendant.

# ORDER

**Blackburn, J.**

The matter before me is defendant's **Motion For Jury at Sentencing** [#1046][1] filed December 2, 2010. The chronology of relevant events is as follows. By **Minute Order** [#925] entered August 13, 2010, a sentencing hearing was set for December 10, 2010. The presentence report was disclosed to counsel on November 5, 2010. *See* [#1016]. Defendant filed his objections to the presentence report on November 22, 2010. *See* [#1035]. Defendant's response and objections did not raise or discuss the issue of whether defendant is entitled to a determination of relevant conduct under USSG §1B1.3 by a jury. Finally, on December 2, 2010, defendant filed his motion that is now before the court.

I am dubious that defendant is entitled to a determination of relevant conduct under USSG §1B1.3 by a jury. Beyond that, I am certain that I can not resolve the

---

[1] "[#1046]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

motion between now and the sentencing hearing now set for December 10, 2010. Thus, I enter this order to provide for the orderly consideration and resolution of the issues raised by defendant's motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That by December 23, 2010, the government shall file a response to defendant's motion;

2. That by January 6, 2011, the defendant shall file a reply to the government's anticipated response;

3. That the sentencing hearing now set for December 10, 2010, is vacated and continued, pending further order;

4. That all writs of habeas corpus ad testificandum are vacated; and

5. That a copy of this order shall be served on the United States Marshal for the District of Colorado.

Dated December 3, 2010, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge