IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 08-cr-00340-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. RUBEN BRAVO,
    a/k/a Big R,

    Defendant.

## MINUTE ORDER[1]

On **February 7, 2011**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to set a sentencing hearing in the above-captioned matter. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: February 2, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.