**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. RUBEN BRAVO,
    a/k/a Big R,

    Defendant.

## MINUTE ORDER[1]

    On February 7, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel, and with their consent,

    **IT IS ORDERED** as follows:

    1. That on **July 22, 2011**, commencing at 9:00 a.m., the court shall conduct the sentencing hearing in this matter, the court reserving the remainder of the day for this hearing; and

    2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: February 7, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.