**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. RUBEN BRAVO,
    a/k/a Big R,

    Defendant.

## MINUTE ORDER[1]

At the oral request of the parties, the sentencing hearing set for July 22, 2011, is **VACATED** and is **RESET** to **June 16, 2011**, commencing at 9:00 a.m., the court reserving the remainder of the day for this hearing. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: February 15, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.