**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  RUBEN BRAVO,
     a/k/a Big R,

    Defendant.

---

**MINUTE ORDER**[1]

---

    Due to a conflict arising on the court's calendar, the sentencing hearing June 16, 2011, is **VACATED** and is **CONTINUED** pending further order of court. On **June 16, 2011**, commencing at 9:00 a.m., the court shall conduct a telephonic setting conference to reset the sentencing hearing in this matter. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: June 10, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.