IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 08-cr-00340-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. RUBEN BRAVO,
    a/k/a Big R,

    Defendant.

## MINUTE ORDER[1]

On June 10, 2011, the parties contacted the court to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **August 9, 2011**, commencing at 1:30 p.m., the court shall conduct a sentencing hearing in this matter. The court reserves the remainder of the afternoon for this hearing;

2. That on **August 11, 2011**, commencing at 1:30 p.m., the court will continue the sentencing hearing in this matter, if necessary. The court reserves the remainder of the afternoon for this hearing;

3. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for these two hearings; and

4. That the telephonic setting conference set for June 16, 2011, is **VACATED**.

Dated: June 10, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.